

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HACKENSACK DENTAL ASSOCIATES,<br><br>            Plaintiff,<br><br>    v.<br><br>BLUECROSS BLUESHIELD OF ILLINOIS, HEALTH CARE SERVICES CORPORATION and DENTAL NETWORK OF AMERICA,<br><br>            Defendants. | Civil Action No. 1:11cv-1712 (FSH/MAH)<br><br>CONSENT ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Document Electronically Filed |

WHEREAS the Parties having conferred and agreed to a Term Sheet for Binding Arbitration of the dental claims in dispute between the Plaintiff and the Defendants; and

WHEREAS the Parties intend and agree to further memorialize their intent to arbitrate such disputed dental claims in a formal Agreement to Arbitrate; and

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, as follows:

1.     the within litigation shall be voluntarily dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41 and without costs;

2.     if the parties do not execute a final Arbitration Agreement, as contemplated by the Term Sheet for Binding Arbitration, by July 10, 2012 or the parties fail to complete Binding Arbitration, this matter may be reinstated by the parties;

3.     the parties will separately address a tolling agreement that will apply in the event that this matter is reinstated pursuant to paragraph 2 of this consent order; and

4.     if this matter is not the subject of Binding Arbitration and is reinstated by the

1777566-

A/74954310.3 1

Plaintiff pursuant to paragraph 2 of this consent order, Defendants waive the right to costs

pursuant to Fed. R. Civ. P. 41(d),

So ordered.   5/31/12

_____
Honorable ~~Michael A. Hammer, U.S.M.J.~~
FAITH S. HOCHBERG, U.S.D.J.


The undersigned hereby consent to the form and entry of the within order.


McELROY DEUTSCH MULVANEY &
CARPENTER, LLP

*Attorneys for Plaintiff Hackensack Dental
Associates*

By: _____
    Leonardo M. Tamburello, Esq.


Dated: 5/28/2012 _____


BINGHAM McCUTCHEN LLP

*Attorneys for Defendants BlueCross
BlueShield of Illinois, Health Care
Service Corporation and Dental
Network of America*

By: _____
    Sara R. Simeonidis, Esq.


Dated: 5/25/12 _____


1777566-

A/74954310.3 1